# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| AMERICAN PROPERTIES, CO. G.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cv-02329-SHL-tmp |
| ) | |
| THE WELFONT GROUP, LLC, ) | |
| TAX APPRAISAL GROUP, LLC, ) | |
| and LYNDA SCULL, ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed May 26, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting in Part and Denying in Part Supplemental Motion for Default Judgment (ECF No. 72), default judgment is entered against Defendants, and Plaintiff is awarded $7,007,296 in damages.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 29, 2025
Date